| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: <br> MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____    Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  D & J Pool Prep Corp

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  84-1990959

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 5610 Carder Road <br> Orlando, FL 32810 <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| Orange <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  https://thepoolresurfacers.com/

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor    **D & J Pool Prep Corp**             Case number (*if known*) _____
        Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor __D & J Pool Prep Corp_____     Case number (*if known*)_____
      Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**     *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49                     ☐ 1,000-5,000           ☐ 25,001-50,000
☐ 50-99                    ☐ 5001-10,000           ☐ 50,001-100,000
☐ 100-199                  ☐ 10,001-25,000         ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000             ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☒ $50,001 - $100,000       ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000             ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000       ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☒ $500,001 - $1 million    ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor    D & J Pool Prep Corp
          Name

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 11, 2024
               MM / DD / YYYY

**X** /s/   Mauro Zelaya                                    Mauro Zelaya
    Signature of authorized representative of debtor        Printed name

Title   Owner

**18. Signature of attorney**

**X** /s/ Chad Van Horn                         Date   June 11, 2024
    Signature of attorney for debtor                   MM / DD / YYYY

Chad Van Horn
Printed name

Van Horn Law Group, P.A.
Firm name

500 NE 4th Street, Suite 200
Fort Lauderdale, FL 33301
Number, Street, City, State & ZIP Code

Contact phone   (954) 765-3166       Email address   chad@cvhlawgroup.com

64500 FL
Bar number and State

Fill in this information to identify the case:

Debtor name: D & J Pool Prep Corp

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alliance Funding Group<br>17542 17th Street #200<br>Tustin, CA 92780 | | | | | | $207,136.12 |
| Ally Financial<br>PO Box 380902<br>Minneapolis, MN 55438 | | | | $40,131.80 | $0.00 | $40,131.80 |
| Amerisure Mutual Insurance Company<br>26777 Halsted Road<br>Farmington, MI 48331 | | | | | | $21,719.44 |
| BYZFUNDER<br>530 7th Avenue Suite 505<br>New York, NY 10018 | | | | $213,927.43 | $0.00 | $213,927.43 |
| Cement-It<br>2455 East Sunrise Boulevard #1103<br>Fort Lauderdale, FL 33304 | | | | | | $16,306.32 |
| Cisco<br>3406 Dean Street<br>Naples, FL 34104 | | | | | | $1,350.42 |
| CNH<br>PO Box 71264<br>Philadelphia, PA 19176 | | | | $24,289.41 | $0.00 | $24,289.41 |
| Florida Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314 | | | | | | $0.00 |

Debtor   D & J Pool Prep Corp          Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GM Financial<br>11500 E Colonial Drive<br>Orlando, FL 32817 | | | | $56,117.28 | $0.00 | $56,117.28 |
| GM Financial<br>11500 E Colonial Drive<br>Orlando, FL 32817 | | | | $19,368.07 | $0.00 | $19,368.07 |
| GM Financial<br>11500 E Colonial Drive<br>Orlando, FL 32817 | | | | $4,742.37 | $0.00 | $4,742.37 |
| Horner Express<br>975 Florida Central Parkway<br>Longwood, FL 32750 | | | | | | $51,764.81 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | | | | | | $0.00 |
| John Deere<br>PO Box 650215<br>Dallas, TX 75265 | | | | $34,987.22 | $0.00 | $34,987.22 |
| John Deere<br>PO Box 650215<br>Dallas, TX 75265 | | | | $20,775.85 | $0.00 | $20,775.85 |
| SCP<br>2550 Michigan Avenue<br>Suite A<br>Kissimmee, FL 34744 | | | | | | $75,990.76 |
| Standard Sand & Silica, Co<br>PO Box 1059<br>Davenport, FL 33839 | | | | | | $45,181.63 |
| White Cap<br>PO Box 4944<br>Orlando, FL 32802-4944 | | | | | | $30,052.88 |

# United States Bankruptcy Court
## Middle District of Florida

In re   D & J Pool Prep Corp              Case No. _____

                               Debtor(s)              Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Mauro Zelaya<br>2314 Enfield Court<br>Orlando, FL 32837 | Common | 100 | 100% Owner |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

     I, the Owner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   June 11, 2024               Signature  /s/ Mauro Zelaya
                                                                                        Mauro Zelaya

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
**Middle District of Florida**

In re: D & J Pool Prep Corp, Debtor(s)

Case No.  
Chapter 11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Mauro Zelaya, declare under penalty of perjury that I am the Owner of D & J Pool Prep Corp, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Mauro Zelaya, Owner of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Mauro Zelaya, Owner of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Mauro Zelaya, Owner of this Corporation is authorized and directed to employ Chad Van Horn, attorney and the law firm of Van Horn Law Group, P.A. to represent the corporation in such bankruptcy case."

Date: June 11, 2024

Signed: /s/ Mauro Zelaya  
Mauro Zelaya

Resolution of Board of Directors
of
D & J Pool Prep Corp

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Mauro Zelaya, Owner of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Mauro Zelaya, Owner of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Mauro Zelaya, Owner of this Corporation is authorized and directed to employ Chad Van Horn , attorney and the law firm of Van Horn Law Group, P.A. to represent the corporation in such bankruptcy case.

Date   June 11, 2024                     Signed _____

Date   June 11, 2024                     Signed _____

Alliance Funding Group
17542 17th Street #200
Tustin, CA 92780


Ally Financial
PO Box 380902
Minneapolis, MN 55438


Altus Receivables Management
2121 Airline Drive Suite 520
Metairie, LA 70002


Amerisure Mutual Insurance Company
26777 Halsted Road
Farmington, MI 48331


BYZFUNDER
530 7th Avenue Suite 505
New York, NY 10018


Cement-It
2455 East Sunrise Boulevard #1103
Fort Lauderdale, FL 33304


Cisco
3406 Dean Street
Naples, FL 34104


CNH
PO Box 71264
Philadelphia, PA 19176


Eric B. Zwiebel, Esq.
7900 Peters Road Building B Suite 100
Plantation, FL 33324


Florida Department of Revenue
PO Box 6668
Tallahassee, FL 32314


GM Financial
11500 E Colonial Drive
Orlando, FL 32817


Horner Express
975 Florida Central Parkway
Longwood, FL 32750


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


John Deere
PO Box 650215
Dallas, TX 75265

```
JPMorgan Chase Bank, N.A.
Mail Code LA4-7200 700 Kansas Lane
Monroe, LA 71203


SCP
2550 Michigan Avenue Suite A
Kissimmee, FL 34744


Standard Sand & Silica, Co
PO Box 1059
Davenport, FL 33839


White Cap
PO Box 4944
Orlando, FL 32802-4944
```