UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

D & J Pool Prep Corp,

       Debtor-in-Possession.
_____/

Case No.: 24-02922-TPG
Chapter 11

## APPLICATION TO EMPLOY PROFESSIONAL

> **NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**
>
> If you object to the relief requested in this paper you must file a response with the Clerk of Court at George C. Young United States Federal Building and Courthouse, 400 West Washington St. Suite 5100 Orlando, FL 32801 within 14 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.
>
> If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.
>
> You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

D & J Pool Prep Corp, ("Debtor"), requests entry of an order authorizing the employment of Van Horn Law Group, P.A. ("VHLG") and states as follows:

1. Debtor filed this Chapter 11 bankruptcy case on June 11, 2024.

2. Debtor seeks to employ VHLG in this case as its bankruptcy counsel.

3. Debtor has selected VHLG because it believes that VHLG and its attorneys are qualified to practice in this court and is qualified to advise the Debtor on its relations with, and responsibilities to, the creditors and other interested parties.

4. Professional will render the following services:

    (a) To give advice to the Debtor with respect to its powers and duties as a debtor in possession and the continued management of its business operations;

  (b) To advise the Debtor with respect to its responsibilities in complying with the U.S. Trustee's Operating Guidelines and Reporting Requirements and with the rules of the Court;

  (c) To prepare motions, pleadings, orders, applications, adversary proceedings, and other legal documents necessary in the administration of the case;

  (d) To protect the interest of the Debtor in all matters pending before the court;

  (e) To represent the Debtor in negotiation with its creditors in the preparation of a plan.

(Collectively, the "Services").

5. The Debtor agrees to pay an hourly rate as compensation for the services VHLG has agreed to provide. The hourly rates established are as follows:

| | |
|---|---|
| Chad Van Horn, Esq. | $450.00 |
| Associate Attorneys | $350.00 |
| Senior Paralegals | $225.00 and $250.00 |
| Law Clerks/Paralegals | $175.00 |

6. Attached as Exhibit "A" is the VHLG verified statement which states the Professional's connections with the debtor, creditors, any other interested party, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

6. To the best of Debtors knowledge, VHLG has no connection with the debtor, creditors, any other interested party, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee except as disclosed in the Professional's declaration.

WHEREFORE, Debtor respectfully requests that the Court enter an order authorizing the employment of the Professional and for such further relief as the Court deems appropriate.

Dated: June 21, 2024

        **VAN HORN LAW GROUP, P.A.**
        500 NE 4th St., Suite 200
        Fort Lauderdale, FL 33301
        Telephone: (954) 765-3166
        Facsimile: (954) 756-7103
        Email: Chad@cvhlawgroup.com

        By: /s/ **Chad Van Horn, Esq.**
        Chad Van Horn, Esq.
        Florida Bar No. 64500

### **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was sent this 21st day of June 2024 to all parties registered through CM/ECF and on the attached copy of this Court's mailing matrix.

Dated: June 21, 2024

        **VAN HORN LAW GROUP, P.A.**
        500 NE 4th St., Suite 200
        Fort Lauderdale, FL 33301
        Telephone: (954) 765-3166
        Facsimile: (954) 756-7103
        Email: Chad@cvhlawgroup.com

        By: /s/ **Chad Van Horn, Esq.**
        Chad Van Horn, Esq.
        Florida Bar No. 64500

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

D & J Pool Prep Corp,

        Debtor-in-Possession.

_____/

Case No.: 24-02922-TPG
Chapter 11

**AFFIDAVIT OF PROPOSED ATTORNEY,**
**CHAD VAN HORN, ESQ., FOR THE DEBTOR-IN-POSSESSION**

STATE OF FLORIDA    )
                               ) ss
COUNTY OF BROWARD  )

      Chad Van Horn, Esq., being duly sworn, says:

      1.    I am an attorney admitted to practice in the State of Florida, the United States District Court for the Middle District of Florida and qualified to practice in the U.S. Bankruptcy Court for the Middle District of Florida.

      2.    I am the founding partner of the law firm of VAN HORN LAW GROUP P.A. ("VHLG"), with offices located at 500 NE 4th Street, Suite 200, Fort Lauderdale, Florida 33301.

      3.    I am familiar with the matters set forth herein and make this Affidavit in support of the Debtor's Application to Employ Professional (the "Application").

      4.    Neither I, nor VHLG represents any interest adverse to the Debtor or the estate, and we are disinterested persons as required by 11 U.S.C. § 327(a).

      5.    Neither I, nor VHLG has any connections, other than professional, with creditors, any other party in interest, their respective attorneys and accountants, the U.S. trustee, or any person employed in the Office of the U.S. Trustee.

      6.    Except for the continuing representation of the Debtor, neither I, nor VHLG, has or will represent any other entity in connection with this case and neither I, nor VHLG will accept any fee from any other party or parties in this case.

      7.    There is no agreement of any nature as to the sharing of any compensation to be paid to the firm. No promises have been received by VHLG or its associates as to the compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

8.  Expect as set forth herein, no attorney in our firm has had or presently has any connection with the Debtor's creditors on any matter in which the firm is to be engaged.

9.  I respectfully request an order authorizing retention of Chad T. Van Horn, Esq., and VAN HORN LAW GROUP P.A., on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330.

FURTHER AFFIANT SAYETH NAUGHT.

Chad Van Horn, Esq.

Sworn to and Subscribed before me
this 20th day of June 2024

My Commission Expires:
Notary Public, State of Florida

SUSAN M. MASSINGER
Notary Public
State of Florida
Comm# HH220353
Expires 2/15/2026