**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

D & J POOL PREP CORP.,

      Debtor-In-Possession.

_____/

Case No.:  6:24-bk-02922
Chapter 11

**DEBTOR'S EXPEDITED MOTION TO USE CASH
COLLATERAL AS OF JUNE 11, 2024, AND AUTHORIZING ADEQUATE
PROTECTION PAYMENTS TO SECURED CREDITORS, CATERPILLAR
FINANCIAL SERVICES CORPORATION; CNH INDUSTRIAL CAPITAL AMERICA
LLC; FIRST CITIZENS BANK & TRUST COMPANY; AND DEERE & COMPANY**

*Expedited Hearing Requested to Allow Debtor to Continue
to Use Cash Collateral Critical to Business Operations*

D & J POOL PREP CORP. (the "Debtor"), by and through undersigned counsel and pursuant to 11 U.S.C. §§ 105, 361, and 363, Federal Rules of Bankruptcy Procedure 4001, 7004, 9014, and Local Rule(s) 2081-1(g)(1) files this *Motion to Use Cash Collateral as of June 11, 2024 and Authorizing Adequate Protection Payments to Secured Creditors Caterpillar Financial Services Corporation; CNH Industrial Capital America, LLC; First Citizens Bank & Trust Company; and Deere & Company*, and in support, states as follows:

<u>**SUMMARY OF RELIEF REQUESTED**</u>

- **Use of Cash Collateral.** The Debtor is permitted to use Cash Collateral to pay costs and operating expenses for Debtor's business, as set forth in the Budget attached hereto as Exhibit "A" (the "Budget").

- **Byzfunder ("Byzfunder")** is the holder of UCC-1 #202300389570 filed on February 10, 2023 (*See* Exhibit "C"). Debtor's future receivables encumbering claim for $213,927.43 is secured up to the current account receivables of $276,309.34.

- **Caterpillar Financial Services Corporation ("Caterpillar")** is the holder of UCC-1 #202105958034 filed on January 22, 2021 (*See* Exhibit "D") and

UCC-1 #202107462397 filed on June 18, 2021 (*See* Exhibit "E"). Caterpillar's claim for $34,387.23 is secured by that certain Caterpillar 305E3CR Mini Hydraulic Excavator S/N: H5M04565, that certain Caterpillar 259D Compact Truck Loader S/N: FTL19122, that certain Caterpillar 301.7D Mini Hydraulic Excavator S/N: LJ400573, and that certain Caterpillar 289D3 compact Truck Loader S/N: JX905862.

- **CNH Industrial Capital America LLC ("CNH")** is the holder of UCC-1 #202109503795 filed on December 17, 2021 (*See* Exhibit "F"). CNH's claim for $23,613.61 (POC #6) is secured by that certain 2021 ASV Compact Truck Loader.

- **First Citizens Bank & Trust Company ("First Citizens")** is the holder of UCC-1 #202201818583 filed on June 02, 2022 (*See* Exhibit "G"). First Citizens' claim for $34,305.00 is secured by that certain 2022 Mahindra 3325 2WD Utility Tractor.

- **Deere & Company ("Deere")** is the holder of UCC-1 #202202888606 filed on September 06, 2022, as amended (*See* Exhibit "H"). Deere's claim for $20,775.85 is secured by that certain John Deere 3032 3032E Tractor S/N:142803 and that Frontier RC20 RC2060 Rotary Cutter S/N:210052.

- **Caterpillar Financial Services Corporation ("Caterpillar")** is the holder of UCC-1 #202203427720 filed on October 26, 2022 (*See* Exhibit "I"). Caterpillar's claim for $71,336.48 is secured by that certain Caterpillar 306-07CR Hydraulic Excavator S/N: 6G606962.

- **Deere & Company ("Deere")** is the holder of UCC-1 #202203578031 filed on November 09, 2022, as amended (*See* Exhibit "J"). Deere's claim for $34,987.22 is secured by that certain John Deere 30G 30G Compact Excavator S/N: 268785.

- **Duration of Use.** From the Petition Date through Confirmation of Debtor's Plan of Reorganization, or until further order of the Court.

- **Adequate Protection for Secured Lenders:** Debtor proposes the following monthly adequate protection payments:

  - **Byzfunder:** Debtor proposes adequate protection payments to Byzfunder in the amount of **$0.00 per month.**

  - **CNH:** Debtor proposes adequate protection payments to CNH in the amount of **$837.98 per month.**

  - **First Citizens:** Debtor proposes adequate protection payments to First Citizens in the amount of **$719.74 per month.**

  - **Caterpillar:** Debtor proposes adequate protection payments to Caterpillar as follows:

    - Caterpillar 305E3CR Mini Hydraulic Excavator

S/N:H5M04565 payments in the amount of $1,178.49 per month.

- o Caterpillar 259D Compact Truck Loader S/N: FTL19122 payments in the amount of $1,178.49 per month.

- o Caterpillar 301.7D Mini Hydraulic Excavator S/N: LJ400573 payments in the amount of $1,178.49 per month.

- o Caterpillar 289D3 compact Truck Loader S/N: JX905862 payments in the amount of $1,388.95 per month.

- o Caterpillar 306-07CR Hydraulic Excavator S/N: 6G606962 payments in the amount of $1,803.64 per month.

    Total payment to Caterpillar in the amount of **$6,728.06 per month**

- **Deere:** Debtor proposes adequate protection payments to Deere as follows:

  - o John Deere 3032 3032E Tractor S/N: 142803 and Frontier RC20 RC2060 Rotary Cutter S/N: 210052 payments in the amount of $519.41 per month.

  - o John Deere 30G 30G Compact Excavator S/N: 268785 payments in the amount of $ 1,254.58 per month.'

    Total payment to Caterpillar in the amount of **$1,773.99 per month**

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

3.      Venue is proper in this Court pursuant to 28 U.S.C. §§1408 and 1409.

## BACKGROUND

4.      On June 11, 2024 the Debtor filed for bankruptcy relief pursuant under Chapter 11 of the Bankruptcy Code (the "Petition Date") (DE 1).

5.      The Debtor operates a business that provides swimming pool resurfacing, new construction and remodeling services. The Debtor continues to operate as debtor-in-possession pursuant to 11 U.S.C. §§ 1107(a) and 1108 of the Bankruptcy Code.

6.      As of the date of the filing of the petition, the real and personal property of the Debtor as set forth in Schedule A/B of the Petition Date (DE___), in the Debtor's opinion, had a total value of $1,159,281.55 as follows:

| | |
|---|---|
| Cash, cash equivalents and financial assets | $56,951.62 |
| Accounts receivable | $276,309.34 |
| Inventory | $20,000.00 |
| Office furniture, fixtures, and equipment | $29,550.00 |
| Machinery, equipment and vehicles | $776,470.59 |
| **TOTAL** | **$1,159,281.55** |

7.      There are five secured creditors with UCC-1s recorded in the Florida Secured Transaction Registry (the "Secured Creditors"). The Secured Creditors' interests are secured by Debtor's assets, either in whole or in part.

8.      Byzfunder is first in priority with its UCC-1 that encumbers all Debtor's future receivables (UCC-1 # 1 #202300389570 filed on February 10, 2023 (*See* Exhibit "C") (the "Byzfunder Loan"). As of the date of the filing, the balance owed to Byzfunder is approximately $213,927.43. The Byzfunder Loan is secured by the Debtor's account receivables resulting in an over-secured claim for $276,309.34.

9.      Caterpillar is the holder of UCC-1 #202105958034 filed on January 22, 2021 (See Exhibit "D") and UCC-1 #202107138327 filed on May 19, 2021, as amended by that certain UCC-3 #202107462397 filed on June 18, 2021 (See Exhibit "E") (the "Caterpillar #1 Loan").  As of the date of the filing, the balance owed to Caterpillar is approximately $34,387.23. The Caterpillar #1 Loan is secured by that certain Caterpillar 305E3CR Mini Hydraulic Excavator S/N: H5M04565,

that certain Caterpillar 259D Compact Truck Loader S/N: FTL19122, that certain Caterpillar 301.7D Mini Hydraulic Excavator S/N: LJ400573, and that certain Caterpillar 289D3 compact Truck Loader S/N: JX905862 resulting in an over-secured claim for $110,000.00.

10.     CNH is the holder of UCC-1 #202109503795 filed on December 17, 2021 (*See* Exhibit "F"). (the "CNH Loan"). As of the date of the filing, the balance owed to CNH is approximately $23,613.31. The CNH Loan is secured by that certain 2021 ASV Compact Truck Loader resulting in an over-secured claim for $44,416.29.

11.     First Citizens is the holder of UCC-1 #202201818583 filed on June 02, 2022 (See Exhibit "G") (the "First Citizens Loan"). As of the date of the filing, the balance owed to First Citizens is approximately $34,305.00. The First Citizens Loan is secured by that certain 2022 Mahindra 3325 2WD Utility Tractor valued at $31,305.00, resulting in an under-secured claim for $3,000.00.

12.     Deere is the holder of UCC-1 #202202888606 filed on September 06, 2022, as amended by that certain UCC-3 #202300201320 filed on January 23, 2023 (*See* Exhibit "H") (the "Deere #1 Loan"). As of the date of the filing, the balance owed to Deere is approximately $20,775.85. The Deere #1 Loan is secured by that certain John Deere 3032 3032E Tractor S/N: 142803 and that Frontier RC20 RC2060 Rotary Cutter S/N: 210052 resulting in an over-secured claim for $32,394.05.

13.     Caterpillar is the holder of UCC-1 #202203427720 filed on October 26, 2022 (*See* Exhibit "I") (the "Caterpillar #2 Loan").  As of the date of the filing, the balance owed to Caterpillar is approximately $71,336.48. The Caterpillar #2 Loan is secured by that certain Caterpillar 306-07CR Hydraulic Excavator S/N: 6G606962 resulting in an over-secured claim for $80,000.00.

14.     Deere is the holder of UCC-1 #202203578031 filed on November 09, 2022, as amended (*See* Exhibit "J") (the "Deere #2 Loan"). As of the date of the filing, the balance owed to Deere is approximately $34,987.22. The Deere #2 Loan is secured by that certain John Deere 30G 30G Compact Excavator S/N: 268785 resulting in an over-secured claim for $51,672.25.

15.     After adjusting the total value of assets to account for the Secured Creditor(s)'s interests, there is a total equity of $530,184.62.

16.     Based on the foregoing, Debtor seeks authorization to make adequate protection payments to the Secured Lenders as set forth herein to support Debtor's use of cash collateral.

## ARGUMENT

### *Applicable Law*

17.     Section 363(c)(2) of the Code provides that a Debtor may not use, sell, or lease cash collateral unless "(a) each entity that has an interest in such cash collateral consents; or (b) the court, after notice and hearing, authorizes such use, sale, or lease in accordance with the provisions of this section." 11 U.S.C. § 363(c)(2).

18.     Additionally, Section 363(e) provides that "on request of an entity that has an interest in property . . . proposed to be used, sold, or leased, by the trustee, the court, with or without a hearing, shall prohibit or condition such use, sale, or lease as is necessary to provide adequate protection of such interest." 11 U.S.C. § 363(e). Examples of adequate protection include, but are not limited to: (a) lump sum or periodic cash payments to the extent that such use will result in a decrease in value of such entity's interest in the property; (b) provisions for an additional or replacement lien to the extent that the use of the property will cause a decrease in the value of such entity's interest in the property; and (c) such other relief as will result in the realization by the entity of the indubitable equivalent of such entity's interest in the property. 11 U.S.C. § 361.

*Requested Relief*

19.      The Debtor seeks the Court's authorization to use Cash Collateral as of the Petition

Date and to pay adequate protection payments to CNH, First Citizens, Caterpillar, and Deere.

20.      As set forth in the Budget (*See* Exhibit A), the Debtor requires the use of Cash

Collateral to fund its necessary operating expenses. The Debtor's use of Cash Collateral is crucial

to the Debtor's ability to avoid immediate and irreparable harm to its estate, creditors, and ongoing

business, and to develop a viable restructuring proposal. The Debtor also requests permission to:

(i) exceed any line item on the Budget by an amount equal to ten (10%) percent of each such line

item; or (ii) to exceed any line item by more than ten (10%) percent so long as the total of all

amounts in excess of all line items for the Budgets do not exceed ten (10%) percent in the aggregate

of the total budget.

21.      Debtor proposes to pay adequate protection payments to CNH in the amount of

$837.98.per month until confirmation of Debtor's Chapter 11 plan of reorganization, at which time

any payment to CNH will be pursuant to the plan.

22.      Debtor proposes to pay adequate protection payments to First Citizens in the

amount of $719.74 per month until confirmation of Debtor's Chapter 11 plan of reorganization, at

which time any payment to First Citizens will be pursuant to the plan.

23.      Debtor proposes to pay adequate protection payments to Caterpillar in the amount

of $6,728.06 per month until confirmation of Debtor's Chapter 11 plan of reorganization, at which

time any payment to Caterpillar will be pursuant to the plan.

24.      Debtor proposes to pay adequate protection payments to Deere in the amount of

$1,773.99 per month until confirmation of Debtor's Chapter 11 plan of reorganization, at which

time any payment to Deere will be pursuant to the plan.

25.     Debtor's accounts receivable value of $$276,309.34 over-secures Debtor's obligation to Byzfunder. As a result, Debtor proposes to pay Byzfunder $0.00 in adequate protections payments.

26.     The Debtor will use the Cash Collateral to effectuate a successful reorganization and is willing and able to provide adequate protection payments as proposed herein.

27.     Accordingly, there is a reasonable basis for the Court to authorize the Debtor's use of cash collateral and the proposed adequate protections set forth above.

**WHEREFORE**, the Debtor respectfully requests the entry of the proposed order attached hereto as Exhibit "B" authorizing the use of cash collateral and adequate protection payments to CNH, First Citizens. Caterpillar and Deere and for such other and further relief as this Court deems just and proper.

Dated:  July 23, 2024

**VAN HORN LAW GROUP, P.A.**
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103

By: /s/  **Chad Van Horn, Esq.**
Chad Van Horn, Esq.
Florida Bar No. 64500
chad@cvhlawgroup.com
Julia Osmolia, Esq.
Florida Bar No. 1035614
julia@cvhlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent this on July 23, 2024 to the all parties registered through CM/ECF and all parties registered on this Court's creditor mailing matrix.

Dated:  July 23, 2024

**VAN HORN LAW GROUP, P.A.**
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103

By: /s/  **Chad Van Horn, Esq.**
Chad Van Horn, Esq.
Florida Bar No. 64500
chad@cvhlawgroup.com
Julia Osmolia, Esq.
Florida Bar No. 1035614
julia@cvhlawgroup.com

**EXHIBIT "A"**

**D & J Pool Prep Corp**
**Budget**
**EXHIBIT "A"**

| | May Actual | June | July | August | September | October |
|---|---|---|---|---|---|---|
| | Actual | Projected | Projected | Projected | Projected | Projected |
| **Income** | | | | | | |
| Receipts | | | | | | |
| Funds At Beginning of Period | | | | | | |
| **Gross Income** | $496,001.07 | $600,000.00 | $600,000.00 | $650,000.00 | $500,000.00 | $450,000.00 |
| | | | | | | |
| **Expenses** | | | | | | |
| Advertising and Promotion | $3,471.05 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Bank Service Charges and merchant fees | $43.77 | $40.00 | $40.00 | $50.00 | $30.00 | $30.00 |
| Contract Labor | $14,353.00 | $20,000.00 | $25,000.00 | $25,000.00 | $5,000.00 | $7,000.00 |
| Inventory | $59,199.22 | $60,000.00 | $65,000.00 | $70,000.00 | $50,000.00 | $45,000.00 |
| Insurance | $7,244.25 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 | $8,000.00 |
| Office Supplies | $18,829.31 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 |
| Payroll - Principal of business | $7,928.87 | $0.00 | $10,000.00 | $20,000.00 | $10,000.00 | $10,000.00 |
| Payroll Employees.  Gross, payroll taxes included | $138,557.84 | $150,000.00 | $150,000.00 | $200,000.00 | $120,000.00 | $100,000.00 |
| Professional Fees | $40.37 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 |
| Rent | $10,120.99 | $10,120.99 | $11,787.50 | $11,787.50 | $11,787.50 | $11,787.50 |
| Repairs and Maitenance | $499.07 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 |
| SECURED PAYMENTS (per Cash Collateral Motion) | | | | | | |
| -  CNH Industrial Capital America LLC | $837.98 | $837.98 | $837.98 | $837.98 | $837.98 | $837.98 |
| -  First Citizens Bank & Trust Company | $719.74 | $719.74 | $719.74 | $719.74 | $719.74 | $719.74 |
| -  Caterpillar (total of) | $6,728.06 | $6,728.06 | $6,728.06 | $6,728.06 | $6,728.06 | $6,728.06 |
| -  Deere & Company (total of) | $1,773.99 | $1,773.99 | $1,773.99 | $1,773.99 | $1,773.99 | $1,773.99 |
| Tangible taxes | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Taxes Paid - included in payroll | $51,508.57 | $60,000.00 | $60,000.00 | $80,000.00 | $40,000.00 | $35,000.00 |
| Telephone | $635.87 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| Travel & Entertainment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| United States Trustee Quarterly Fee | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Utilities   FPL,Comcast and water | $2,791.84 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Vehicle Expenses  car payments, gas, insurance, Sunpass, car registration | $54,177.55 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 | $60,000.00 |
| Other Operating Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Gross Expenses** | $379,461.34 | $396,550.76 | $418,217.27 | $503,227.27 | $333,207.27 | $305,207.27 |
| | | | | | | |
| **Total Net Income** | $116,539.73 | $203,449.24 | $181,782.73 | $146,772.73 | $166,792.73 | $144,792.73 |

# EXHIBIT "B"

# EXHIBIT "B"

# PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:

Case No.:  6:24-bk-02922

**D&J POOL PREP CORP.,**

Chapter 11

      Debtor-In-Possession.

_____/

**INTERIM ORDER GRANTING**
**DEBTOR'S EXPEDITED MOTION TO USE CASH COLLATERAL AS OF**
**JUNE 11, 2024 AND AUTHORIZING ADEQUATE PROTECTION PAYMENTS**
**TO SECURED CREDITORS, CATERPILLAR FINANCIAL SERVICES**
**CORPORATION; CNH INDUSTRIAL CAPITAL AMERICA LLC;**
**FIRST CITIZENS BANK & TRUST COMPANY; AND DEERE & COMPANY**
*(Hearing Continued to _____)*

**THIS MATTER** came before the Court on {{Day, Date, At Time}} upon the hearing for

*Motion to Use Cash Collateral as of June 11, 2024 and Authorizing Adequate Protection Payments*

*to Secured Creditors Caterpillar Financial Services Corporation; CNH Industrial Capital*

*America, LLC; First Citizens Bank & Trust Company; and Deere & Company* (DE XX) (the

"Motion"). The Court, having reviewed the Motion and for the reasons stated on record, finds that good cause exists to grant the Motion.

**IT IS THEREFORE ORDERED:**

1.     The Motion is hereby **GRANTED** effective June 11, 2024

2.     The Motion is granted on an **INTERIM BASIS** through _____, 2024. A copy of the Budget is attached as Exhibit "A".

3.     Debtor is authorized to use the cash collateral with monthly adequate protection payments to the CNH Industrial Capital America LLC ("CNH") in the amount of $837.98 per month until confirmation of Debtor's Chapter 11 plan of reorganization, at which time any payment to CNH will be pursuant to the plan.

4.     Debtor is authorized to use the cash collateral with monthly adequate protection payments to First Citizens Bank & Trust Company ("First Citizens") in the amount of $719.74 per month until confirmation of Debtor's Chapter 11 plan of reorganization, at which time any payment to First Citizens will be pursuant to the plan.

5.     Debtor is authorized to use the cash collateral with monthly adequate protection payments to Caterpillar Financial Services Corporation ("Caterpillar") in the total amount of $6,728.06 per month until confirmation of Debtor's Chapter 11 plan of reorganization, at which time any payment to Caterpillar will be pursuant to the plan.

6.     Debtor is authorized to use the cash collateral with monthly adequate protection payments to Deere & Company ("Deere") in the amount of $1,773.99 per month until confirmation of Debtor's Chapter 11 plan of reorganization, at which time any payment to Deere will be pursuant to the plan.

7.     Byzfunder will receive $0.00 adequate protections payments.

8.  A copy of this Order and the Motion shall be served on the Noticed Parties per Rule 7004(h) as well as other parties in interest and those parties that have requested notice per Rule 2002.

9.  There shall be a carve-out in the budget for the inclusion of fees due the Clerk of Court and the U.S. Trustee pursuant to 28 U.S.C. § 1930, and to the extent not already included in the budget for the adequate protection payments described in the Motion.

10.  Debtor is authorized to use cash collateral only as authorized in the Budget with a 10% variance allowance.

11.  This Order is without prejudice to the rights of the parties to seek any further or different relief, or modification of this Order, including, but not limited to, relief from the automatic stay. This Order is also without prejudice concerning the characterization of adequate protection payments in the future.

12.  Except as expressly provided herein, the rights, claims, and interests of the Debtor, lenders, and all other parties in interest are hereby reserved.

13.  *A final hearing will be conducted on* _____, *2024 at* _____, *m.*

14.  The hearing will be conducted in person at:

> *George C. Young Courthouse*
> *400 W. Washington Street*
> *Courtroom 6A, 6th Floor*
> *Orlando, Florida*

15.  Please refer to Judge Geyer's webpage for instruction on remote appearances at *https://www.flmb.uscourts.gov/judges/geyer/.*

16.    Any objections to Debtor's use of cash collateral must be served on Debtor's counsel two (2) business days prior to the continued hearing.

# # #

Submitted by:

Chad Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: julia@cvhlawgroup.com

*Chad Van Horn, Esq., is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of this Order.*

# EXHIBIT "C"

## UCC FINANCING STATEMENT FORM

FILED

2023 Feb 10 01:39 PM

****** 202300389570 ******

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
Corporation Service Company; 1-800-858-5294
Email FLSOSUCCFilingsV3@cscglobal.com

B. SEND ACKNOWLEDGEMENT TO:

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

1a. ORGANIZATION'S NAME
D & J POOL PREP CORP

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

1c. MAILING ADDRESS Line One
5610 CARDER RD
This space not available.

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | ORLANDO | FL | 32810 | USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

2c. MAILING ADDRESS Line One
This space not available.

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

3a. ORGANIZATION'S NAME
CORPORATION SERVICE COMPANY, AS REPRESENTATIVE

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

3c. MAILING ADDRESS Line One
P.O. Box 2576    UCCSPREP@CSCINFO.COM
This space not available.

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | Springfield | IL | 62708 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

Secured Party has purchased certain "Future Receipts" from Debtor. "Future Receipts" includes all payments made by cash, check, Automated Clearing House or other electronic transfer or other form of monetary payment in the ordinary course of Seller's business. Notice: Pursuant to the agreement between Debtor and Secured Party, Debtor is prohibited from obtaining any financing that impairs the value of the Future Receipts or Secured Party's right to collect same. In the event that any entity is granted a security interest in the Future Receipts contrary to the above, the Secured Party asserts a claim to any proceeds thereof received by such entity.

**5. ALTERNATE DESIGNATION (if applicable)**
☐ LESSEE/LESSOR   ☐ CONSIGNEE/CONSIGNOR   ☐ BAILEE/BAILOR
☐ AG LIEN   ☐ NON-UCC FILING   ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**    2495 48358

**STANDARD FORM - FORM UCC-1 (REV.05/2013)**    **Filing Office Copy**    **Approved by the Secretary of State, State of Florida**

**EXHIBIT "D"**

**FINANCING STATEMENT FORM**

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON

Wolters Kluwer Lien Solutions; (800)331-3282
Email sosack@uccdirect.com

B. SEND ACKNOWLEDGEMENT TO:

**FILED**

2021 Jan 22 02:07 PM

****** 202105958034 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

1a. ORGANIZATION'S NAME
D & J POOL PREP CORP

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

1c. MAILING ADDRESS Line One
2314 ENFIELD CT
This space not available.

| MAILING ADDRESS Line Two | CITY ORLANDO | STATE FL | POSTAL CODE 32837 | COUNTRY USA |
|---|---|---|---|---|

---

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

2c. MAILING ADDRESS Line One
This space not available.

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

---

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

3a. ORGANIZATION'S NAME
Caterpillar Financial Services Corporation

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

3c. MAILING ADDRESS Line One
2120 West End Ave
This space not available.

| MAILING ADDRESS Line Two | CITY Nashville | STATE TN | POSTAL CODE 37209 | COUNTRY USA |
|---|---|---|---|---|

---

**4. This FINANCING STATEMENT covers the following collateral:**

ONE(1) Caterpillar 305E2CR Mini Hydraulic Excavator S/N:H5M04565 ONE(1) Caterpillar 259D Compact Track Loader S/N:FTL19122 ONE(1) Caterpillar 301.7D Mini Hydraulic Excavator S/N:LJ400573 And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof. The above collateral is within the scope of Article 9 of the Uniform Commercial Code (if this statement is filed in New Jersey, specifically Chapter 9 of Title 12A, pursuant to 12A:9-102 and 12A:9-109).

---

5. ALTERNATE DESIGNATION (if applicable)  ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR
☐ AG LIEN  ☐ NON-UCC FILING  ☐ SELLER/BUYER

---

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX

☑ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☐ Florida Documentary Stamp Tax is not required.

---

**7. OPTIONAL FILER REFERENCE DATA**    78660506-60575651

---

**STANDARD FORM - FORM UCC-1 (REV.05/2013)**    **Filing Office Copy**    **Approved by the Secretary of State, State of Florida**

**EXHIBIT "E"**

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Name: Wolters Kluwer Lien Solutions Phone: 800-331-3282 Fax: 818-662-4141

**B. E-MAIL CONTACT AT FILER (optional)**
uccfilingreturn@wolterskluwer.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**  10104 - Caterpillar

Lien Solutions
P.O. Box 29071
Glendale, CA  91209-9071

81047239

FLFL

File with: Department of State, FL

FLORIDA SECURED TRANSACTION REGISTRY

FILED

2021 Jun 18 09:25 AM

****** 202107462397 ******

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
202107138327  5/19/2021  SS FL

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record]
(or recorded) in the REAL ESTATE RECORDS
Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:

This Change affects ☐ Debtor or ☐ Secured Party of record

AND Check one of these three boxes to:

☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c

☐ ADD name: Complete item 7a or 7b, and item 7c

☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | 7b. INDIVIDUAL'S SURNAME | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**8.** ☒ **COLLATERAL CHANGE:** Also check one of these four boxes: ☒ ADD collateral  ☐ DELETE collateral  ☐ RESTATE covered collateral  ☐ ASSIGN collateral

Indicate collateral:
ONE (1) CATERPILLAR 289D3 Compact Track Loader S/N: JX905862
And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof. The above collateral is within the scope of Article 9 of the Uniform Commercial Code (if this statement is filed in New Jersey, specifically Chapter 9 of Title 12A, pursuant to 12A:9-102 and 12A:9-109).

☒ All documentary stamps due and payable
or to become due and payable pursuant to s. 201.22.F.S. have been paid

☐ Florida documentary stamp tax is not required

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | Caterpillar Financial Services Corporation | | |
| OR | 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:** Debtor Name: D & J POOL PREP CORP
81047239          001-70034681                                                          001-70034681

**FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)**

Prepared by Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

# EXHIBIT "F"

**FINANCING STATEMENT FORM**

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON

Corporation Service Company; 1-800-858-5294

Email FLSOSUCCFilingsV3@cscglobal.com

B. SEND ACKNOWLEDGEMENT TO:

Filed 07/23/24

# FILED

2021 Dec 17 01:41 PM

****** 202109503795 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

1a. ORGANIZATION'S NAME
D & J POOL PREP CORP

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS Line One | | | | |
|---|---|---|---|---|
| 5610 CORDER RD | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | ORLANDO | FL | 328104704 | USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS Line One | | | | |
|---|---|---|---|---|
| | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

3a. ORGANIZATION'S NAME
CNH INDUSTRIAL CAPITAL AMERICA LLC

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS Line One | | | | |
|---|---|---|---|---|
| 500 DILLER AVENUE | This space not available. | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | NEW HOLLAND | PA | 17557 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

U          2021     CE        ASV      42        Compact Track Loader    Model
# RT40    Serial  # ASVRT040ENDS02068    Sales Price $50,000.00

**5. ALTERNATE DESIGNATION (if applicable)**
- ☐ LESSEE/LESSOR
- ☐ CONSIGNEE/CONSIGNOR
- ☐ BAILEE/BAILOR
- ☐ AG LIEN
- ☐ NON-UCC FILING
- ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX
- ☑ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
- ☐ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**    2236 52558

**STANDARD FORM - FORM UCC-1 (REV.05/2013)**    **Filing Office Copy**    **Approved by the Secretary of State, State of Florida**

# EXHIBIT "G"

**UCC FINANCING STATEMENT FORM**

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
Wolters Kluwer Lien Solutions; (800)331-3282
Email ctlsweback@wolterskluwer.com

B. SEND ACKNOWLEDGEMENT TO:

FILED

2022 Jun 02 01:00 PM

****** 202201818583 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| D & J POOL PREP CORP | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS Line One | | | | | |
|---|---|---|---|---|---|
| 5610 Carder Rd | | This space not available. | | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | Orlando | FL | 32810 | USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS Line One | | | |
|---|---|---|---|
| | This space not available. | | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| FIRST-CITIZENS BANK & TRUST COMPANY | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS Line One | | | |
|---|---|---|---|
| 10201 Centurion Parkway N. | | This space not available. | |

| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | Jacksonville | FL | 32256 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

The collateral also includes all currently existing and future attachments, parts, accessories and add-ons for all of the foregoing equipment, and all products and proceeds thereof. All described collateral herein falls within the scope of Article 9 of the Uniform Commercial Code. SerialNo Invoice Description EMAN276D4 Mahindra 3325 2WD Utility Tractor

**5. ALTERNATE DESIGNATION (if applicable)**   ☐ LESSEE/LESSOR    ☐ CONSIGNEE/CONSIGNOR    ☐ BAILEE/BAILOR
☐ AG LIEN    ☐ NON-UCC FILING    ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**   86884442-64015630

**STANDARD FORM - FORM UCC-1 (REV.05/2013)**    **Filing Office Copy**    **Approved by the Secretary of State, State of Florida**

**EXHIBIT "H"**

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**UCC DEPARTMENT    8884278713**

**B. E-MAIL CONTACT AT FILER (optional)**

**JDFUCCFilings@JohnDeere.com**

**C. SEND ACKNOWLEDGMENT TO:    (Name and Address)**

> **JOHN DEERE FINANCIAL**
> **6400 NW 86TH STREET**
> **PO BOX 6630**
> **JOHNSTON, IA 50131**

FLORIDA SECURED TRANSACTION REGISTRY

FILED

2022 Sep 06 10:08 AM

****** 202202888606 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

**1. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | |
|---|---|---|---|
| **1a. ORGANIZATION'S NAME** | | | |
| **D & J POOL PREP CORP** | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **5610 CARDER RD** | **ORLANDO** | **FL** | **32810** | **US** |

**2. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | |
|---|---|---|---|
| **2a. ORGANIZATION'S NAME** | | | |
| | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| **ZELAYA** | **MAURO** | **ANTONIO** | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **2314 ENFIELD CT** | **ORLANDO** | **FL** | **32837** | **US** |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| | | | |
|---|---|---|---|
| **3a. ORGANIZATION'S NAME** | | | |
| **DEERE & COMPANY** | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **6400 NW 86TH ST** | **JOHNSTON** | **IA** | **50131** | **US** |

**4. COLLATERAL:** This financing statement covers the following collateral:

**Any Required Florida Document Stamp Tax Has Been Paid.**

**JOHN DEERE  3032  3032E TRACTOR  S/N: 142803**
**Frontier  RC20  RC2060 ROTARY CUTTER  S/N: 210052**

**together with (1) all attachments, accessories and components, repairs and improvements, (2) all accounts, general intangibles, contract rights and chattel paper relating thereto, and (3) all proceeds, thereto including, without limitation, insurance, sale, lease and rental proceeds, and proceeds of proceeds.**

---

**5.** Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7.** ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8.** OPTIONAL FILER REFERENCE DATA:
**FL 4962983 09/02/2022**

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

**EXHIBIT "I"**

**UCC FINANCING STATEMENT FORM**

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON

Wolters Kluwer Lien Solutions; (800)331-3282
Email ctlsweback@wolterskluwer.com

B. SEND ACKNOWLEDGEMENT TO:

Filed 07/23/24

**FILED**

2022 Oct 26 08:43 AM

****** 202203427720 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| D & J POOL PREP CORP | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 1c. MAILING ADDRESS Line One | | | | | |
| 2314 ENFIELD CT, | This space not available. | | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY | |
| | ORLANDO | FL | 32837 | USA | |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 2c. MAILING ADDRESS Line One | This space not available. | | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| Caterpillar Financial Services Corporation | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 3c. MAILING ADDRESS Line One | | | | | |
| 2120 West End Avenue | This space not available. | | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY | |
| | Nashville | TN | 37203 | USA | |

**4. This FINANCING STATEMENT covers the following collateral:**

ONE (1) CATERPILLAR 306-07CR Hydraulic Excavator S/N: 6G606962 And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof. The above collateral is within the scope of Article 9 of the Uniform Commercial Code (if this statement is filed in New Jersey, specifically Chapter 9 of Title 12A, pursuant to 12A:9-102 and 12A:9-109).

**5. ALTERNATE DESIGNATION (if applicable)**  ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR
☐ AG LIEN  ☐ NON-UCC FILING  ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX

☑ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☐ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**   89538506-65136571

**STANDARD FORM - FORM UCC-1 (REV.05/2013)**   **Filing Office Copy**   **Approved by the Secretary of State, State of Florida**

# EXHIBIT "J"

**UCC FINANCING STATEMENT**

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

**UCC DEPARTMENT    8884278713**

B. E-MAIL CONTACT AT FILER (optional)

**JDFUCCFilings@JohnDeere.com**

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

**JOHN DEERE FINANCIAL**
**6400 NW 86TH STREET**
**PO BOX 6630**
**JOHNSTON, IA 50131**

FLORIDA SECURED TRANSACTION REGISTRY

FILED

2022 Nov 09 10:07 AM

****** 202203578031 ******

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **D & J POOL PREP CORP** | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **5610 CARDER RD** | **ORLANDO** | **FL** | **32810** | **US** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name  do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| **ZELAYA FLORES** | **MAURO** | **ANTONIO** | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **2314 ENFIELD CT** | **ORLANDO** | **FL** | **32837** | **US** |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **DEERE & COMPANY** | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **6400 NW 86TH ST** | **JOHNSTON** | **IA** | **50131** | **US** |

4. COLLATERAL: This financing statement covers the following collateral:

**Any Required Florida Document Stamp Tax Has Been Paid.**

**JOHN DEERE  30G  30G Compact Excavator  S/N: 268785**

**together with (1) all attachments, accessories and components, repairs and improvements, (2) all accounts, general intangibles, contract rights and chattel paper relating thereto, and (3) all proceeds, thereto including, without limitation, insurance, sale, lease and rental proceeds, and proceeds of proceeds.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**FL 5017750 11/08/2022**

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)