# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
# www.flmb.uscourts.gov

In re:

D & J POOL PREP CORP.,

      Debtor-in-Possession.
_____/

Case No.: 6:24-bk-02922-TPG
Chapter: 11

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

D & J POOL PREP CORP. (the "Debtor"), by and through undersigned counsel, hereby notifies the Court and all interested parties of a change of address for the following creditors:

| Creditor Name | Old Address | New Address |
| --- | --- | --- |
| Caterpillar | Caterpillar<br>14800 Frye Road 2nd Floor<br>Fort Worth, Tx 76155 | Caterpillar Financial Services Corp.<br>Lockbox 730681<br>14800 Frye Road, 2nd Floor<br>Fort Worth, TX 76155 |
| First Citizens Bank and Trust Company | First Citizens Bank and Trust Company<br>Geoffrey J. Peters<br>5000 Bradenton Avenue, Suite 100<br>Dublin, OH 43017 | First Citizens Bank and Trust Company<br>Attn: Geoffrey J. Peters<br>c/o Weltman, Weinberg & Reis Co., LPA<br>3350 Virginia Street, Suite 500<br>Miami, FL 33133-5341 |

Please update the mailing matrix and all future notices to reflect this change.

Dated: July 1, 2025

**VAN HORN LAW GROUP, P.A.**
500 N.E. 4th Street, Suite 200
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: chad@cvhlawgroup.com

By: /s/ *Chad Van Horn, Esq.*
Chad Van Horn, Esq.
Florida Bar No. 64500

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the aforesaid *Notice of Creditor's Change of Address* was sent to the following parties on the date and in the manner so stated:

**Via CM/ECF to all registered parties on 7/1/25.**

Dated: July 1, 2025

                                          **VAN HORN LAW GROUP, P.A.**
500 NE 4th Street, Suite 200
Fort Lauderdale, Florida 33301
(954) 637-0000
(954) 756-7103 (facsimile)
Chad@cvhlawgroup.com
By: /s/ *Chad T. Van Horn, Esq.*
Chad Van Horn, Esq.
FL Bar #6450